UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| COAST TO COAST ENGINEERING SERVICES, INC., <br><br> PLAINTIFF <br><br> v. <br><br> ROBERT ROOP, ET AL., <br><br> DEFENDANTS | CIVIL NO. 2:16-CV-54-DBH |

**ORDER AFFIRMING RULING OF THE MAGISTRATE JUDGE**

On November 8, 2016, the United States Magistrate Judge entered his Memorandum Decision and Order on Discovery Dispute. The plaintiff filed an appeal of the Magistrate Judge's Decision and Order on November 22, 2016. I have reviewed and considered the Magistrate Judge's Decision and Order and the plaintiff's objection.

The plaintiff's objection is overruled and the Magistrate Judge's Decision and Order are **AFFIRMED** because the Decision and Order are neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a).

**SO ORDERED.**

**DATED THIS 12TH DAY OF DECEMBER, 2016**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**